# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Earlene Bibbs-Hayden<br><br>　　　　　Debtor(s) | Case No. 13 B 03393 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 01/29/2013.

　　2)　The plan was confirmed on 05/30/2013.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 10/10/2013, 02/25/2015, 06/24/2015, 06/24/2015.

　　5)　The case was Dismissed on 08/06/2015.

　　6)　Number of months from filing to last payment: 29.

　　7)　Number of months case was pending: 34.

　　8)　Total value of assets abandoned by court order: NA.

　　9)　Total value of assets exempted: NA.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,600.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,600.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,583.94 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $388.21 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,972.15** |
| Attorney fees paid and disclosed by debtor: | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Medical Group | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 21,903.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| American Financial Credit Services | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 398.57 | 398.57 | 0.00 | 0.00 |
| Ars (Original Creditor:Medical) | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| Ars Account Resolution (Original Credito | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| Atg Credit (Original Creditor:Dr. Krishn | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| Cab Serv (Original Creditor:Medical) | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |
| City of Hazelcrest | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys (Original Creditor:Medical) | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Diversifd Co (Original Creditor:Medical) | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co (Original Creditor | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| Global Vacations | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Health Care Delivery Systems | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 18,991.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Jeffrey L Rosen & Associates | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr (Original Creditor:Medical) | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Mercy | Unsecured | 1,157.00 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,128.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnositc Pathology | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| Mrsi (Original Creditor:Ingalls Memorial | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Municipal Collections Of America | Unsecured | 435.00 | 409.39 | 409.39 | 0.00 | 0.00 |
| Oaklawn Radiology Imaging | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 937.97 | 677.78 | 677.78 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 35.00 | 42.11 | 42.11 | 0.00 | 0.00 |
| Professnl Acct Mgmt In (Original Credito | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| Provincetown | Secured | 251.00 | 0.00 | 251.00 | 251.00 | 0.00 |
| Public Storage INC | Unsecured | 461.00 | 461.72 | 461.72 | 0.00 | 0.00 |
| Radiological Physicians | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Rdk Collection Service (Original Credito | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Region Recov (Original Creditor:Medical) | Unsecured | 1,253.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corp | Secured | 7,203.09 | 7,203.09 | 7,203.09 | 6,111.47 | 265.38 |
| Resurgent Capital Services | Unsecured | 1,977.00 | 972.72 | 972.72 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,458.00 | 1,382.68 | 1,382.68 | 0.00 | 0.00 |
| Rogers & Hollands Jewelers | Unsecured | 2,212.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Universal Radiology | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Village of Chicago Heights Illinois | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 0.00 | 525.54 | 525.54 | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 78,786.59 | 78,621.72 | 78,621.72 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $78,621.72 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,203.09 | $6,111.47 | $265.38 |
| All Other Secured | $251.00 | $251.00 | $0.00 |
| **TOTAL SECURED:** | **$86,075.81** | **$6,362.47** | **$265.38** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,870.51** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,972.15 |
| Disbursements to Creditors | $6,627.85 |
| **TOTAL DISBURSEMENTS :** | **$9,600.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/16/2015               By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**